**634**

The Wichita Flour Mills Company, trading as The Willis-Norton Company, appellant, v. Oscar. Shawver, appellee.. Gen. No. 8,772.

Opinion filed October 13, 1933.

Harvey Gross, for appellant; Glen A. Wisdom, of counsel. C. M. Purdunn and S. M. Scholfield, for appellee.

Mr. Justice Davis delivered the opinion of the court.

Oscar Nelson, auditor of public accounts of the State of Illinois, complainant, v. John B. Colegrove and Company State Bank et al., defendants.

First National Bank of Chicago, appellant, v. R. Digby Large, receiver of the John B. Colegrove and Company State Bank, appellee. Gen. No. 8,776.

Opinion filed October 13, 1933.

Hogan & Coale and Provine & Williams, for appellant. Oscar J. Putting, for appellee.

Mr. Justice Davis delivered the opinion of the court.

Vena Roberts, defendant in error, v. T. W. Doss, plaintiff in error. Gen. No. 8,702.

Opinion filed October 13, 1933.

W. A. Doss, Carl I. Glasgow and C. R. Patterson, for plaintiff in error. Sentel & Cochran, for defendant in error.

Mr. Justice Fulton delivered the opinion of the court.

Nellie L. Gregory, appellee, v. City of Champaign, appellant. Gen. No. 8,731.

Opinion filed October 13, 1933. Rehearing denied January 4, 1934.

Knotts & Knotts and T. E. Lyons, for appellant. Dobbins & Dobbins and R. F. Dobbins, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Vena Roberts, appellee, v. W. A. Doss, appellant. Gen. No. 8,739.